UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEVIN N. HOUSEN,

      Plaintiff,

v.                         Case No. 3:12-Cv-461-J-15TEM

ECONOSWEEP & MAINTENANCE
SERVICES, INC. and NATHAN SPAULDING,

      Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate's Report and Recommendation (D-53) recommending that the parties' Joint Motion for Approval of Settlement Agreements (D-52) be granted in part. All parties previously have been furnished copies of the Report and Recommendation and been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1), Rule 72(b) Fed.R.Civ.P., and Local Rule 6.02(a), United States District Court for the Middle District of Florida. The parties filed a Joint Notice of Non-Objection Regarding Report & Recommendation Dated May 24, 2013 (D-54).

Upon consideration of the Report and Recommendation of the Magistrate and this Court's independent examination of the file, it is determined that the Magistrate's Report and Recommendation be adopted.

Accordingly, it is ORDERED:

1) The Magistrate's Report and Recommendation (D-53) is adopted and incorporated by reference in this Order of the Court.

2)     The parties' Joint Motion for Approval of Settlement Agreements (D-52) is GRANTED in part.  The Court finds that the settlement is a FAIR and REASONABLE RESOLUTION of a *bona fide* FLSA dispute.

3)     The Court declines to reserve jurisdiction to enforce the settlement agreement.

4)     This case is DISMISSED with prejudice.

5)     The Clerk is directed to CLOSE this case.

DONE AND ORDERED at Tampa, Florida this _6th_ day of June, 2013.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE